CHARLES JAQUISS, Appellant, *v.* HENRY HAGNER, et al., Respondents.

(Argued January 25, 1878; decided February 5, 1878.)

THIS action was brought against defendants for alleged misconduct and neglect in the management by them, as

attorneys, of a suit in favor of plaintiff against one Whipps.

The misconduct alleged was that defendants did not before judgment secure a lien on Whipps' property. The complaint contained no allegation, and it did not appear on the trial that defendants could have procured such a lien, or that the cause of action was such that they could have filed a *lis pendens*, or procured an order of arrest or attachment. It appeared that the demand against Whipps was simply for money loaned. The cause was submitted to the jury who rendered a verdict for the defendants. *Held*, that the trial court might properly have nonsuited plaintiff and certainly he could not complain of the verdict.

*Charles Jaquiss*, appellant, in person.

*D. T. Walden* for respondent.

EARL, J., reads for affirmance. All concur except ANDREWS, J., absent.

Judgment affirmed.